Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
ahutchison@cozen.com

Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
Daniel E. Brewer (*pro hac vice*)
COZEN O'CONNOR
One Liberty Place, Suite 2800
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013
mmctigue@cozen.com
mslawe@cozen.com
dbrewer@cozen.com

*Attorneys for Defendant*
*Freedom Mortgage Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONY SINGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No.: 2:20-cv-01676-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT [L.R. 144(a)]** |

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiff Mony Singh ("Plaintiff"), and Defendant Freedom Mortgage Corporation ("Defendant") (collectively, the "Parties") submit the following Stipulation to extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint.

**RECITALS**

WHEREAS, on August 21, 2020, Plaintiff filed his Complaint;

WHEREAS, on August 31, 2020, Plaintiff served the Summons and Complaint on Defendant;

WHEREAS, on September 9, 2020, the Parties filed a Stipulation to Extend Time to Answer, Move, or Otherwise Respond to the Complaint that extended the time by twenty-eight (28) days from September 21, 2020 to October 19, 2020 for Defendant to answer, move, or otherwise respond to the Complaint [ECF No. 4];

WHEREAS, the Parties have agreed that Defendant may have an extension of time of fourteen (14) days from October 19, 2020 to November 2, 2020 to answer, move, or otherwise respond to the Complaint;

WHEREAS, this is Defendant's second extension of time to answer, move, or otherwise respond to the Complaint; and

WHEREAS, this Stipulation does not alter the date of any event or any deadline already fixed by Court order.

## **STIPULATION**

Based upon the above recitals, the Parties, through their undersigned counsel, hereby stipulate as follows:

1. The time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended from October 19, 2020 to November 2, 2020.

Dated: October 6, 2020            LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/
Todd M. Friedman
Meghan E. George
Adrian R. Bacon

*Attorneys for Plaintiff*
*Mony Singh*

October 6, 2020                          COZEN O'CONNOR

                                         By:   /s/
                                                Andrew M. Hutchison
                                                Michael W. McTigue Jr. (*pro hac vice*)
                                                Meredith C. Slawe (*pro hac vice*)
                                                Daniel E. Brewer (*pro hac vice*)

                                                *Attorneys for Defendant*
                                                *Freedom Mortgage Corporation*

                                         **ORDER**

**IT IS SO ORDERED.**

DATED: October 6, 2020                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHEWISE RESPOND TO THE COMPLAINT