Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
ahutchison@cozen.com

Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
Daniel E. Brewer (*pro hac vice*)
COZEN O'CONNOR
One Liberty Place, Suite 2800
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013
mmctigue@cozen.com
mslawe@cozen.com
dbrewer@cozen.com

*Attorneys for Defendant*
*Freedom Mortgage Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONY SINGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-01676-JAM-CKD<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING UNITED STATES SUPREME COURT ACTION [L.R. 143]** |

Pursuant to Local Rule 143 of the United States District Court for the Eastern District of California, Plaintiff Mony Singh ("Plaintiff"), and Defendant Freedom Mortgage Corporation ("Defendant") (collectively, the "Parties") stipulate and respectfully request a stay of all proceedings in this case pending the decision of the United States Supreme Court in *Facebook, Inc. v. Duguid*, No. 19-511, *cert. granted*, 2020 WL 3865252 (July 9, 2020) ("*Duguid*").

**RECITALS**

WHEREAS, on August 21, 2020, Plaintiff filed his Complaint against Defendant for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") and the Consumers Legal Remedies Act, California Civil Code § 1750 *et seq.*

WHEREAS, in connection with his TCPA claims, Plaintiff alleges that Defendant used an automatic telephone dialing system ("ATDS") to place telephone calls to his cellular telephone number. Compl. ¶¶ 14, 16.

WHEREAS, Defendant denies that an ATDS was used to call Plaintiff.

WHEREAS, on July 9, 2020, the United States Supreme Court granted certiorari in *Duguid* to resolve a deep circuit split regarding the interpretation of the term ATDS under the TCPA. Specifically, it will resolve "[w]hether the definition of ATDS in the TCPA encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" Question Presented, *Duguid*, No. 19-511.

WHEREAS, on September 4, 2020, Facebook filed its opening brief and the United States filed a brief in support of Facebook that seeks reversal of the Ninth Circuit's interpretation of the term ATDS.

WHEREAS, Respondent's brief is due on October 16, 2020.

WHEREAS, the United States Supreme Court has scheduled argument in *Duguid* to take place on December 8, 2020.

WHEREAS, the definition of an ATDS under the TCPA is a central, disputed, and potentially dispositive issue in this action.

WHEREAS, the Parties agree that a stay of all proceedings in this matter is appropriate until the United States Supreme Court decides *Duguid.*

WHEREAS, the proposed stay will be of limited duration with a decision expected to be issued by the United States Supreme Court in the first quarter of 2021.

WHEREAS, the proposed stay will promote judicial economy, avoid unnecessary expense for the Parties and the Court, and will not prejudice either party.

WHEREAS, the proposed stay is for good cause and is not made for an improper purpose.

WHEREAS, courts in this district have granted requests for stays in TCPA cases pending *Duguid*. *See Aujuard v. Portfolio Recovery Assocs., LLC*, No. 18-1130, Dkt. No. 32 (E.D. Cal. Oct. 6, 2020) (Nunley, J.); *Hoffman v. Jelly Belly Candy Co.*, No. 19-1935, Dkt. No. 22 (E.D. Cal. July 17, 2020) (Mendez, J.).[1]

**<u>STIPULATION</u>**

Based upon the above recitals, the Parties, through their undersigned counsel, hereby stipulate as follows:

1. All proceedings in this action are stayed pending the United States Supreme Court's decision in *Duguid*.

2. The Parties shall provide the Court with a joint status report within fourteen (14) days of the United States Supreme Court's decision in *Duguid*.

3. The stay may be lifted at any time by order of the Court.

Respectfully submitted,

---

[1] The Ninth Circuit and numerous other district courts within this circuit have also stayed TCPA actions pending the Supreme Court's decision in *Duguid*. *See Meier v. Allied Interstate LLC*, No. 20-55286, Dkt. No. 12 (9th Cir. Aug. 11, 2020); *Lamkin v. Portfolio Recovery Assocs., LLC*, No. 19-16947, Dkt. No. 45 (9th Cir. Aug. 3, 2020); *Babare v. Sigue Corp.*, No. 20-0894, 2020 U.S. Dist. LEXIS 180262 (W.D. Wash. Sept. 30, 2020; *Canady v. Bridgecrest Acceptance Corp.*, No. 19-4738, 2020 WL 5249263 (D. Ariz. Sept. 3, 2020); *Veytia v. Portfolio Recovery Assocs.*, No. 20-0341, 2020 U.S. Dist. LEXIS 161588 (S.D. Cal. Sept. 3, 2020); *Jensen v. Roto-Rooter Servs. Co.*, No. 20-0223, 2020 U.S. Dist. LEXIS 151256 (W.D. Wash. Aug. 20, 2020); *Hoagland v. Axos Bank*, No. 19-0750, 2020 U.S. Dist. LEXIS 132831 (S.D. Cal. July 27, 2020); *In re Portfolio Recovery Assocs.*, No. 11-2295, 2020 U.S. Dist. LEXIS 132312 (S.D. Cal. July 27, 2020); *Rodriguez v. Portfolio Recovery Assocs.*, No. 19-2266, Dkt. No. 23 (S.D. Cal. July 27, 2020); *Blower v. Portfolio Recovery Assocs.*, No. 19-02270, 2020 U.S. Dist. LEXIS 130505 (S.D. Cal. July 23, 2020); *Brickman v. Facebook, Inc.*, No. 16-0751, Dkt. No. 129 (N.D. Cal. July 23, 2020); *Whattoff-Hall v. Portfolio Recovery Assocs.*, No. 19- 02267, 2020 U.S. Dist. LEXIS 130375 (S.D. Cal. July 23, 2020); *Mahnke v. Capital One, NA*, No. 20-0545, Dkt. No. 18 (D. Nev. July 21, 2020); *Daniel v. Lennar Corp.*, No. 19-0452, Dkt. No. 45 (C.D. Cal. July 20, 2020); *Meyers v. Facebook, Inc.*, No. 18-0062, Dkt. No. 57 (N.D. Cal. July 20, 2020); *May v. Whatsapp, Inc.*, No. 20-0659, Dkt. No. 20 (N.D. Cal. July 15, 2020); *Young v. Bank of Am. N.A.*, No. 19-3867, Dkt. No. 31 (N.D. Cal. July 15, 2020); *Rossano v. Fashion Mktg. & Merchandising Grp. Inc.*, No. 19-10523, Dkt. No. 31 (C.D. Cal. July 14, 2020); *Sensibaugh v. EF Educ. First, Inc.*, No. 20-1068, Dkt. No. 30 (C.D. Cal. July 14, 2020).

STIPULATION AND ORDER TO STAY CASE PENDING UNITED STATES SUPREME COURT ACTION

Dated: October 14, 2020						LAW OFFICES OF TODD M. FRIEDMAN, P.C.

						By:	/s/ Todd M. Friedman
							Todd M. Friedman
							Meghan E. George
							Adrian R. Bacon

							*Attorneys for Plaintiff*
							*Mony Singh*

Dated: October 14, 2020						COZEN O'CONNOR

						By:	/s/ Andrew M. Hutchison
							Andrew M. Hutchison
							Michael W. McTigue Jr. (*pro hac vice*)
							Meredith C. Slawe (*pro hac vice*)
							Daniel E. Brewer (*pro hac vice*)

							*Attorneys for Defendant*
							*Freedom Mortgage Corporation*

### **ORDER**

**IT IS SO ORDERED.**

DATED:  October 15, 2020				/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO STAY CASE PENDING UNITED STATES SUPREME COURT ACTION